UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20703-CIV-LENARD/WHITE

**VINCENT F. RIVERA**,

    Plaintiff,
vs.

**WALTER MCNEIL, et al.**,

    Defendants.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 5), DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (D.E. 2), DENYING MOTION TO REVIEW ORDER OF REFERRAL TO MAGISTRATE JUDGE (D.E. 4), AND DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on April 6, 2009. On April 20, 2009, Plaintiff filed his Objections to the Magistrate Judge's Report ("Objections," D.E. 6). The Report recommends denial of Plaintiff's Motion to proceed in forma pauperis because Plaintiff is a "successive filer" pursuant to 28 U.S.C. § 1915(g) and recommends dismissal of the Complaint without prejudice. The Report notes that Plaintiff is an "abusive filer" who has filed at least fifty prior cases. Finally, the Report notes that the Southern District of Florida is not the proper venue for Plaintiff's action. Plaintiff's Objections are without merit. After an independent review of the Report, the Objections, and the record, it is hereby:

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 5) is **ADOPTED**.

2. Plaintiff's Motion for leave to proceed in forma pauperis (D.E. 2) is **DENIED.**

3. Plaintiff's Motion for review of the Court's Order referring the case to the Magistrate Judge (D.E. 4) is **DENIED.**

4. Plaintiff's Complaint (D.E. 1), filed on or about March 19, 2009, is **DISMISSED WITHOUT PREJUDICE**, to the extent Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within ten days of dismissal of the complaint. Should Plaintiff decide to pay the Clerk's filing fee, he should re-file this case in the correct venue.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 24th day of April, 2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**